USCA1 Opinion

 

[Not for Publication]United States Court of AppealsFor the First Circuit____________________ No. 97-9010 IN RE: NANCY M. OLIVER ECHEVARRIA, Debtor. _____________________DORAL MORTGAGE CORP.,Appellant,v.NANCY M. OLIVER ECHEVARRIA, ET AL.,Appellees.____________________ON APPEAL FROM THE UNITED STATES BANKRUPTCYAPPELLATE PANEL FOR THE FIRST CIRCUIT____________________Before Torruella, Chief Judge,Campbell, Senior Circuit Judge,and Stahl, Circuit Judge.____________________ Ronald L. Rosenbaum and Woods & Rosenbaum on brief for appellants. ____________________March 31, 1998 ____________________ Per curiam. We have carefully considered appellant's arguments, yet we see in them no basis for disturbing the conclusions of the bankruptcy appellate panel. As we have noted on countless occasions: "[W]hen a lower court produces a comprehensive, well-reasoned decision, an appellate court should refrain from writing at length to no other end than to hear its own words resonate." Sunview Condominium Assoc. v. Flexel Int'l, Ltd., 116 F.3d 962, 965 (1st Cir. 1997) (citation and internal quotation marks omitted). So it is here. Affirmed. No costs.